

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*50 Main Street*
*White Plains, New York 10606*

January 18, 2023

**By Email**
The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Edy Rodriguez*, **23-MJ-368**

Dear Judge McCarthy,

      In light of the arrest yesterday of the defendant, Edy Rodriguez, in the above-titled matter, the Government respectfully requests that the complaint be unsealed.

      Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _____
Ben Arad
Assistant United States Attorney
(914) 993-1907

**APPLICATION GRANTED**

_____
**Hon. Judith C. McCarthy**

1-18-2023